33 So.2d 277

**JOE WHEELER ELECTRIC MEMBER-SHIP CORP. v. W. J. EDWARDS, Jr.**

**8 Div. 609.**

Court of Appeals of Alabama.

Nov. 18, 1947.

Peach, Caddell & Shanks, of Decatur, for appellant.

Harris & Harris, of Decatur, for appellee.

BRICKEN, Presiding Judge.

Appeal dismissed by agreement.

29 So.2d 898

**Aray JOHNSON v. STATE.**

**6 Div. 382.**

Court of Appeals of Alabama.

Nov. 19, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed, motion of appellant.

29 So.2d 899

**Moses JOHNSON v. STATE.**

**1 Div. 539.**

Court of Appeals of Alabama.

Dec. 10, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

29 So.2d 899

**Nathan Claud (alias Cloud) JOHNSON v. STATE.**

**6 Div. 336.**

Court of Appeals of Alabama.

Jan. 7, 1947.

Wm. N. McQueen, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

35 So.2d 922

**O. C. JOHNSON v. STATE.**

**2 Div. 781**

Court of Appeals of Alabama.

April 20, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed.

29 So.2d 899

**Arthur JONES v. STATE.**

**4 Div. 967.**

Court of Appeals of Alabama.

Nov. 12, 1946.

Wm. N. McQueen, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.